**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| **MARY FRANCES MURPHY,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. C2-06-1020 |
| | : | |
| **McDONALD'S CORP.,** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | **Magistrate Judge Mark Abel** |
| Defendant. | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That the Court **GRANTS** Defendant's Motion for Summary Judgment pursuant to the September 17, 2008 Opinion and Order. This action is hereby DISMISSED.

Date: **September 17, 2008**          James Bonini, Clerk

                    s/Betty L. Clark
                    Betty L. Clark/Deputy Clerk